181960 NACM- New England, Inc. v. Nat'l Ass'n of Credit Mgmt. Inc.